1  Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
     (admitted *Pro Hac Vice)*
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  krobinson@schuckitlaw.com
5
   *Lead Counsel for Defendant, Trans Union, LLC*
6

7  Lauren E. Tate, Esq. (CSB #124483)
   Tate & Associates
8  1321 8th Street, Suite 4
   Berkeley, CA  94710
9  Telephone:  510-525-5100
   Fax:  510-525-5130
10 E-Mail:  ltate@tateandassociates-law.com

11 *Local Counsel for Defendant, Trans Union, LLC*

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                   **SAN JOSE DIVISION**

16 COLBI TROESTER-MILLER,            )  CASE NO.   5:15-cv-04621-BLF
                Plaintiff,           )
17                                   )  **STIPULATION AND**
       vs.                          )  **[PROPOSED] ORDER OF**
18                                   )  **DISMISSAL WITH PREJUDICE**
   EXPERIAN INFORMATION SOLUTIONS, INC.;  )  **BETWEEN PLAINTIFF AND**
19 TRANSUNION, LLC; TD BANK USA,     )  **DEFENDANT TRANS UNION,**
   NATIONAL ASSOCIATION;  and DOES 1 )  **LLC ONLY**
20 through 100, inclusive;           )
                Defendants.          )
21

22      Plaintiff Colbi Troester-Miller, by counsel, and Defendant Trans Union, LLC ("Trans

23 Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

24 compromised and settled, and that Plaintiff's cause against Trans Union only should be

25 dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

26

27

28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
DEFENDANT TRANS UNION, LLC ONLY– 5:15-CV-04621-BLF**

1

2

3

Respectfully submitted,

Date:  February 23, 2016          *s/ Elliot W. Gale (with permission)*
4                                 Scott J. Sagaria, Esq.
                                  Elliot W. Gale, Esq.
5                                 Joseph B. Angelo, Esq.
                                  Scott M. Johnson, Esq.
6                                 Sagaria Law, P.C.
                                  2033 Gateway Place, 5th Floor
7                                 San Jose, CA  95110
                                  Telephone:   408-279-2288
8                                 Fax:   408-279-2299
                                  E-Mail: sjsagaria@sagarialaw.com
9                                        egale@sagarialaw.com
                                         jangelo@sagarialaw.com
10                                       sjohnson@sagarialaw.com

11                                *Counsel for Plaintiff, Colbi Troester-Miller*

12

13

Date:  February 25, 2016          *s/ Katherine E. Carlton Robinson*
14                                Katherine E. Carlton Robinson, Esq.
                                    (IN #31694-49)
15                                  (admitted *Pro Hac Vice*)
                                  Schuckit & Associates, P.C.
16                                4545 Northwestern Drive
                                  Zionsville, IN  46077
17                                Telephone:  317-363-2400
                                  Fax:  317-363-2257
18                                E-Mail:  krobinson@schuckitlaw.com

19                                *Lead Counsel for Defendant, Trans Union, LLC*

20

21                                Lauren E. Tate, Esq. (CSB #124483)
                                  Tate & Associates
22                                1321 8th Street, Suite 4
                                  Berkeley, CA  94710
23                                Telephone:  510-525-5100
                                  Fax:  510-525-5130
24                                E-Mail:  ltate@tateandassociates-law.com

25                                *Local Counsel for Defendant, Trans Union, LLC*

26                                *Pursuant to Local Rule 5-1(i)(3), I attest that*
                                  *concurrence in the filing of this document has been*
27                                *obtained from each of the Signatories.*

28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND
DEFENDANT TRANS UNION, LLC ONLY– 5:15-CV-04621-BLF**

1
2
3
4

      PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff Colbi Troester-Miller and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

5
6
7

Date: _____          _____

JUDGE, United States District Court, Northern
District of California

8   DISTRIBUTION TO:

9

| Elliot W. Gale, Esq. | Alyssa M. Staudinger, Esq. |
|---|---|
| egale@sagarialaw.com | astaudinger@jonesday.com |
| Scott J. Sagaria, Esq. | Scott M. Johnson, Esq. |
| sjsagaria@sagarialaw.com | sjohnson@sagarialaw.com |
| Katherine E. Carlton Robinson Esq. | Lauren E. Tate, Esq. |
| krobinson@schuckitlaw.com | ltate@tateandassociates-law.com |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY– 5:15-CV-04621-BLF**