# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| COLBI TROESTER-MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04621-BLF<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

The docket reflects that Plaintiff effected service of process on Defendant TD Bank USA, N.A. on December 4, 2015, *see* POS, ECF 20, and that Defendant TD Bank USA, N.A. has not filed a responsive pleading. Plaintiff SHALL FILE a request for a Clerk's entry of default against Defendant TD Bank USA, N.A. on or before July 28, 2016. If Plaintiff does not file a request for a Clerk's entry of default within the time provided, the Court will presume that Plaintiff does not intend to proceed against TD Bank USA, N.A. and will dismiss the action against TD Bank USA, N.A. for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge