UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COLBI TROESTER-MILLER, | Case No. 5:15-cv-04621-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

On July 7, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 05/04/2017 at 2:00 p.m. |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 08/17/2017 at 9:00 a.m. |
| Final Pretrial Conference | 10/26/2017 at 1:30 p.m. |
| Trial | 11/13/2017 at 9:00 a.m. |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.

3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

5     IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.

Dated: July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge