SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| COLBI TROESTER-MILLER, <br><br> Plaintiff, <br><br> v. <br><br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br><br> Defendants. | Case No.: 5:15-CV-04621-BLF <br><br> STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS,INC.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Colbi Troester-Miller and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  July 26, 2016          Sagaria Law, P.C.

                               By:    _/s/ Elliot W. Gale_____
                                           Elliot W. Gale
                               Attorneys for Plaintiff
                               Colbi Troester-Miller

DATED:  July 26, 2016          Jones Day

                               By:    _/s/ Katherine A. Neben_____
                                           Katherine A. Neben
                               Attorneys for Defendant
                               Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine A. Neben has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____          _Beth Labson Freeman_____

                                 Beth L. Freeman

                                 UNITED STATES DISTRICT JUDGE